FORM 8. Entry of Appearance                                                                Form 8
                                                                                           Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

TAKEDA PHARMACEUTICAL COMPANY    v.    TORRENT PHARMACEUTICALS LTD.

No. _____2020-1598_____

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for:  Takeda Pharmaceutical Company, Ltd., et al.
                               Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☐ Appellant     ☒ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | Gregory A. Castanias |
| Law Firm: | Jones Day |
| Address: | 51 Louisiana Ave., N.W. |
| City, State and Zip: | Washington, DC 20001 |
| Telephone: | 202.879.3639 |
| Fax #: | 202.626.1700 |
| E-mail address: | gcastanias@jonesday.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):  8/24/1993

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):  ☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  March 31, 2020        Signature of pro se or counsel  /s/ Gregory A. Castanias

cc:  All Counsel of Record via ECF

Reset Fields